918

No. 78–1502. SOLVINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–1537. FORMAN *v.* WOLFF ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1542. AUTOMOBILE CLUB OF MICHIGAN ET AL. *v.* BELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–1554. BELL *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1560. AVEDISIAN *v.* HUBBARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–1564. BEAUMONT *v.* MICHIGAN DEPARTMENT OF LABOR ET AL. Ct. App. Mich. Certiorari denied.

No. 78–1566. LONG'S HAULING CO., INC. *v.* HUGE ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1575. LIBERTARIAN PARTY OF ILLINOIS *v.* BOARD OF ELECTION COMMISSIONERS OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–1582. HARRIS *v.* INAHARA ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1591. PAULINSKI ET AL. *v.* ISAAC ET AL. Sup. Ct. Pa. Certiorari denied.

No. 78–1600. WELLS *v.* PIONEER WEAR, INC. C. A. 10th Cir. Certiorari denied.

No. 78–1601. MANUFACTURERS SYSTEMS, INC. *v.* ADM INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.